# FILED
## UNDER
# SEAL

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>vs.<br><br>**MARVIN ROBINSON,**<br>  a/k/a "MARVYN ROBINSON,"<br>  a/k/a "LIL' MARVE,"<br><br>  Defendant. | **Magistrate No.** 2:17-mj-0648-PAL<br><br>**ORDER TO SEAL**<br><br>**(Under Seal)** |

Based on Government's Motion to Seal the Complaint in the above-captioned matter and good cause appearing, therefore

IT IS SO ORDERED that the Complaint be sealed.

DATED this \_\_\_15th\_\_\_ day of June, 2017.

_____
United States Magistrate Judge

3